■ Matter of MICHAEL R.C.S. TITO S., Appellant; JULIO C.A. et al., Respondents. [45 NYS3d 804]—Appeal from an order of the Family Court, Suffolk County (George F. Harkin, J.), dated May 9, 2016. The order denied the petitioner's motion for leave to reargue his prior motion to amend an order of that court (Martha L. Luft, J.) dated April 1, 2015.

Ordered that the appeal is dismissed, without costs or disbursements.

The petitioner's appeal from the order dated May 9, 2016, must be dismissed, as no appeal lies from an order denying reargument (*see Matter of Shahid v City of New York*, 144 AD3d 1164 [2016]; *Matter of Saldana v Lopresti*, 133 AD3d 669 [2015]). Chambers, J.P., Hall, Miller and Connolly, JJ., concur.